IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,                No.  2:11-cv-1807 LKK JFM (PC)

    vs.

JOHN W. HAVILAND, et al.,

        Defendants.         ORDER

_____/

        On April 27, 2012, plaintiff filed a motion for summary judgment, which is set to be heard before the undersigned on June 28, 2012.  Pending before the court is defendants' June 12, 2012 motion for 30-day extension of time to file an opposition to plaintiff's motion for summary judgment and to file a cross-motion for summary judgment.  Plaintiff does not oppose defendants' request to file an opposition to his motion for summary judgment, but does oppose the request for an extension of time to file a cross-motion for summary judgment.  Plaintiff argues that defendants' cross-motion for summary judgment should have been filed on or before the April 27, 2012 deadline for filing dispositive motions in this case.  See Doc. No. 19.  As defendants correctly point out, however, Local Rule 230(e) permits "[a]ny counter-motion or other motion . . . that is related to the general subject matter of the original motion . . ." to be

1

1 served and filed on the date for opposition to the original motion.  Because the court deems a
2 cross motion for summary judgment to be a counter-motion, defendants' request will be granted.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1.  Defendants' June 12, 2012 motion for extension of time is granted
5         2.  Defendants shall file an opposition to plaintiff's motion for summary judgment
6 and a cross-motion for summary judgment within thirty days from the date of this order.  The
7 parties shall then brief both motions in accordance with Local Rule 230; and
8         3.  The June 28, 2012 hearing is continued to August 23, 2012 at 11:00 a.m. in
9 courtroom # 26.
10 DATED: June 25, 2012.

                              UNITED STATES MAGISTRATE JUDGE

/014;wood1807.eot