IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

    Plaintiff,        No.  2:11-cv-1807 LKK JFM (PC)

  vs.

JOHN W. HAVILAND, et al.,

    Defendants.      <u>ORDER</u>

_____/

      Good cause appearing, the court approves the parties' July 25, 2012 stipulation to extend time for defendants to oppose plaintiff's motion for summary judgment and to file a cross-motion for summary judgment. Accordingly, defendants' July 26, 2012 opposition and motion for summary judgment is deemed timely filed.

DATED: October 16, 2012.

                            UNITED STATES MAGISTRATE JUDGE

/014;wood1807.jo

1