UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT "BOSTON" WOODARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. HAVILAND, et al.,<br><br>Defendant. | No.  2:11-cv-1807 LKK JFM (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 52.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 53.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2013 are ADOPTED in full, except that the magistrate judge may modify the relocation order on a showing by plaintiff's counsel that a different location and/or amount of time is required to properly prepare for trial; and

2. Plaintiff's September 17, 2013 Motion for a Temporary Restraining Order (ECF No. 49) and September 18, 2013 Request for Hearing on Application for Temporary Restraining Order (ECF No. 50) are DENIED.

DATED: October 7, 2013.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT