1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT "BOSTON" WOODARD,              No.  2:11-cv-1807 LKK JFM (PC)

12              Plaintiff,

13       v.                                ORDER

14   JOHN W. HAVILAND, et al.,

15              Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 19, 2013, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within seven days.  (ECF No. 52.)  Plaintiff has

23   filed objections to the findings and recommendations.  (ECF No. 53.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                              1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed September 19, 2013 are ADOPTED in full,

3        except that the magistrate judge may modify the relocation order on a showing by

4        plaintiff's counsel that a different location and/or amount of time is required to

5        properly prepare for trial; and

6    2.  Plaintiff's September 17, 2013 Motion for a Temporary Restraining Order (ECF No.

7        49) and September 18, 2013 Request for Hearing on Application for Temporary

8        Restraining Order (ECF No. 50) are DENIED.

9    DATED:  October 7, 2013.

10

11

12                                        _____
                                          LAWRENCE  K.  KARLTON
13                                        SENIOR  JUDGE
                                          UNITED  STATES  DISTRICT  COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28