UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSTON WOODARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. HAVILAND, et al.,<br><br>Defendants. | No. 2:11-cv-01807 LKK KJN (PC)<br><br><br><br>ORDER |

By an order filed September 19, 2013, the Honorable Judge Lawrence K. Karlton granted plaintiff leave to file an amended complaint to name CDCR Secretary Jeffrey Beard as a defendant. ECF No. 51. To date, plaintiff has not filed an amended complaint, nor has he expressed intent to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fifteen days from the date of this order, plaintiff shall file an amended complaint naming CDCR Secretary Jeffrey Beard as a defendant; and

2. If plaintiff does not file an amended complaint within fifteen days, the court will issue a scheduling order and proceed on plaintiff's operative complaint.

Dated: November 12, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wood3017.ord

1