UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT BOSTON WOODARD, | No. 2:11-cv-01807 LKK KJN (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOHN W. HAVILAND, et al., | |
| Defendants. | |

Pursuant to this court's November 13, 2013 order, plaintiff filed an amended complaint naming CDCR Secretary Jeffrey Beard as a defendant. See ECF No. 57.

Accordingly, IT IS HEREBY ORDERED that defendants shall file an answer to plaintiff's amended complaint within ten days from the date of this order.

Dated: December 3, 2013

wood3017.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1