UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSTON WOODARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. HAVILAND, et al.,<br><br>Defendants. | No.  2:11-cv-01807 LKK KJN (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 11, 2014 (ECF No. 69) are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 37) is granted in part and denied in part as follows:

    a. Granted as to injunctive relief against defendant Beard in his individual capacity;

    b. Granted as to injunctive relief involving the return of plaintiff's typewriter against defendant Beard in his official capacity;

    c. Denied as to injunctive relief enjoining enforcement of alleged unconstitutional CDCR policies and future ad seg detention, transfer or other retaliatory actions against Beard in his official capacity; and

    d. Granted as to injunctive relief against the remaining nine defendants other than defendant Beard.

Dated: March 31, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT