UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT "BOSTON" WOODARD,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN W. HAVILAND, et al.,<br><br>              Defendants. | No.  2:11-cv-1807 LKK KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel.  On June 6, 2014, plaintiff filed an application for extension of time to file pretrial statements and motions to obtain witnesses at trial.  Plaintiff's counsel declares that defendants' counsel does not object to the extension, but requested that defendants' deadline also be extended.  Good cause appearing, IT IS HEREBY ORDERED that

   1. Plaintiff's application (ECF No. 72) is granted;

   2. The deadline for plaintiff to file the pretrial statement and any motions necessary to obtain the attendance of witnesses at trial is continued to July 18, 2014;

   3. The deadline for defendants to file their pretrial statement and witness-related motions is continued to September 19, 2014; and

////

////

1

4.  The pretrial conference, to be conducted on the file only, remains set for November 11, 2014.

Dated:  June 9, 2014

/wood1807.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE