IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT "BOSTON" WOODARD,** | 2:11-cv-01807 KJN P |
| Plaintiff, | **ORDER** |
| v. | **CONSENT CASE** |
| **JOHN W. HAVILAND, et al.,** | |
| Defendants. | |

On October 29, 2015, the parties voluntarily consented to proceed before the undersigned for all purposes, including trial and entry of final judgment. See 28 U.S.C. § 636(c). Further, the parties stipulated that this matter be tried before the undersigned on February 8, 2016, at 9:00 a.m. (ECF No. 81 at 2.)

The parties' attention is directed to the court's final pretrial order, filed July 20, 2015, which provides deadlines for the filing of exhibits, motions in limine, trial briefs, and proposed jury voir dire and jury instructions. (ECF No. 79.)

In light of the parties' October 29, 2015 stipulation, IT IS HEREBY ORDERED that this case shall be tried before Magistrate Judge Kendall J. Newman on February 8, 2016, at 9:00 a.m.

Trial shall be held in Courtroom 25, located at 501 I Street, Sacramento, California, and shall continue day-to-day until completed.

Dated:  November 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood1807.con