IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT "BOSTON" WOODARD,** | 2:11-cv-01807 KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN W. HAVILAND, et al.,** | |
| Defendants. | |

The parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On January 14, 2016, both counsel stipulated to continue the February 8, 2016 jury trial date to June 20, 2016. Good cause appearing, IT IS HEREBY ORDERED that:

1. Jury trial is continued to June 20, 2016, at 9:00 a.m., in Courtroom #25, U.S. Courthouse, 501 I Street, Sacramento, California, before the undersigned, and shall continue from day-to-day until completed.

2. All deadlines set forth in the pretrial order remain in effect. (ECF No. 79.)

Dated: January 19, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood1807.con