UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT "BOSTON" WOODARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. HAVILAND, et al.,<br><br>Defendants. | No. 2:11-cv-1807 KJN P<br><br>ORDER AND ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

    Plaintiff is a state prisoner, proceeding through counsel. The above-captioned case has been settled by the parties and placed on the court record. The court now orders that documents disposing of the case be filed no later than thirty days from the date of this order.

    All hearing dates heretofore set in this matter are hereby vacated.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The May 3, 2016 writ of habeas corpus ad testificandum for plaintiff's appearance on June 20, 2016, is vacated;

    2. The Clerk of the Court is directed to fax a copy of this order to the litigation coordinator at the California Medical Facility at 707-469-6006, and to send a copy of this order to

1

1  the out-to-court desk at California State Prison, Sacramento/New Folsom;

2       3.  The June 20, 2016 trial date is vacated; and

3       4.  Dispositional documents shall be filed no later than thirty days from the date of this

4  order.

5  Dated:  June 16, 2016

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

/cw/wood1807.vac

/